(117 So. 618)

**B. B. STALLCUP, alias etc., v. STATE.**
**(8 Div. 32.)**

Supreme Court of Alabama. June 28, 1928.

A. H. Carmichael and T. H. Carmichael, both of Tuscumbia, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J. Petition of B. B. Stallcup, alias L. L. Smallwood, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Stallcup v. State, 22 Ala. App. 427, 117 So. 617.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.